# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN ROSE, ) | |
|     Plaintiff, ) | CIVIL ACTION NO.: |
|     v. ) | 1:19-cv-00009-CCC |
| MOUNTAINVIEW ) | |
| THOROUGHBRED RACING ) | |
| ASSOCIATION, LLC, D/B/A ) | |
| HOLLYWOOD CASINO AT ) | |
| PENN NATIONAL RACE ) | |
| COURSE, ) | |
|     Defendant. ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss all of the claims asserted and that could have been asserted in Plaintiff's Complaint, with prejudice, without fees or costs to any party, and with all rights of appeal waived.

| **WEISBERG CUMMINGS, P.C.** | **BALLARD SPAHR LLP** |
|---|---|
| */s/ Larry A. Weisberg* | */s/ Katherine J. Atkinson* |
| Larry A. Weisberg | Katherine J. Atkinson |
| (PA #83410) | (Pa. ID No. 316754) |
| 2704 Commerce Drive, Suite B | 1735 Market Street, 51st Floor |
| Harrisburg, PA 17110 | Philadelphia, PA 19103 |
| Phone: (717) 238-5707 | Phone: (215) 864-8366 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

November 26, 2019